IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SERENA DIXON                                                                    PLAINTIFF

        v.                            CIVIL NO. 2:17-cv-2092-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                                   DEFENDANT

## FINAL JUDGMENT

        This cause is before the Court on the Plaintiff's complaint for judicial review of an

unfavorable final decision of the Commissioner of the Social Security Administration regarding

her application for Supplemental Security Income.  The parties have consented to entry of final

judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with

any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record,

the administrative transcript, the briefs of the parties, the applicable law, and oral argument having

been waived, finds as follows, to-wit:

        For the reasons announced by the Court on the record on March 29, 2018, the Court finds

that the decision of the Commissioner of Social Security is supported by substantial evidence, and

the same is hereby affirmed.

        IT IS SO ORDERED this the 29th day of March, 2018.

                                        /s/ Mark E. Ford
                                        HON. MARK E. FORD
                                        UNITED STATES MAGISTRATE JUDGE